**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-41343-PSH |
| | § | |
| TASHEBA L JACKSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/24/2010, in Courtroom 644, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/26/2010      By:  /s/ David P. Leibowitz
                           (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-41343-PSH |
| | § | |
| TASHEBA L JACKSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $6,112.86
*and approved disbursements of*     $1,054.95
*leaving a balance on hand of*[1]:     $5,057.91

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, DAVID P. LEIBOWITZ | $1,255.79 | $65.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $22,600.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.5%.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | CITIFINANCIAL AUTO, LTD. | $289.90 | $47.94 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $964.85 | $159.52 |
| 3 | Asset Acceptance LLC | $487.79 | $80.65 |
| 4 | Asset Acceptance LLC | $562.15 | $92.94 |
| 5 | Citibank NA as trustee for The Student Loan Corporation | $20,295.63 | $3,355.57 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 1                   Date Rcvd: Jul 27, 2010
Case: 09-41343                Form ID: pdf006             Total Noticed: 29

The following entities were noticed by first class mail on Jul 29, 2010.
 db           +Tasheba L Jackson,    3457 W Monore,    Apt A,    Chicago, IL 60624-2957
 aty          +Jennifer A Trofa,    Legal Helpers,    233 S. Wacker Dr.,    Suite 5150,    Chicago, IL 60606-6371
 tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14669808      +Americash Loans,    1117 S First Ave,    Maywood, IL 60153-2311
14669810      +Brinks Home Security,    8880 Esters Blvd,    Irving, TX 75063-2419
15027899       CAPITAL ONE BANK (USA), N.A.,   BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,
                Charlotte, NC 28272-1083
14669829     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
               (address filed with court: WaMu,    PO Box 660487,    Dallas, TX 75266)
14973743    +++CITIFINANCIAL AUTO, LTD.,    P.O. BOX 9578,   COPPELL, TX 75019-9513
14669811      +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
14669812      +Citi Auto,   4000 Regent Blvd,    Irving, TX 75063-2246
14669813      +Citi Corp Credit Services,    Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
14669814      +Citibank N A,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15312058      +Citibank NA as trustee for,    The Student Loan Corporation,    c/o Citibank (South Dakota), N.A.,
                ATTN: Claims Dept. MC 2135,    701 E 60th Street North,    Sioux Falls, SD 57104-0432
14669815      +Citibank Stu,    701 East 60th Stre,    Sioux Falls, SD 57104-0493
14669816      +Crd Prt Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14669818      +Figi's Inc,    3200 S Maple Ave,    Marshfield, WI 54449-8612
14669819      +First Cash Advance,    6421 W. North,    Oak Park, IL 60302-1003
14669820      +Great American Finance,    205 W Wacker Dr,    Chicago, IL 60606-1216
14669821      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14669822      +Lane Bryant,    Po Box 182125,    Columbus, OH 43218-2125
14669823      +Lane Bryant Retail soa,    450 Winks Ln,    Bensalem, PA 19020-5932
14669825      +Monroe And Main,    1112 7th Ave,    Monroe, WI 53566-1364
14669826       Riddle Assoc,    11778 S Election D,    Draper, UT 84020
14669827      +Stanley Weinberg & Associates,    PO Box 3352,    Glen Ellyn, IL 60138-3352
14669828      +Td Rcs crossing Point,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
14669830      +Wfcb blair Catalog,    Po Box 2974,    Shawnee Mission, KS 66201-1374
The following entities were noticed by electronic transmission on Jul 27, 2010.
14669809      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Acceptance,
                PO Box 2036,    Warren, MI 48090-2036
14669817      +E-mail/Text: admin@fcs2collect.com                             Falls Collection Svc,    Po Box 668,
                Germantown, WI 53022-0668
14669824      +E-mail/Text: resurgentbknotifications@resurgent.com                             Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
                                                                                                TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15057000*    +Asset Acceptance LLC,    Po Box 2036,    Warren MI 48090-2036
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**                                 **Signature:**    *Joseph Speetjens*