UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 09-41343-PSH
§
TASHEBA L JACKSON §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $4,064.50 | Assets Exempt: | $3,512.00 |
| Total Distributions to Claimants: | $3,737.00 | Claims Discharged Without Payment: | $52,891.32 |
| Total Expenses of Administration: | $1,321.29 | | |

3) Total gross receipts of $6,113.24 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,054.95 (see **Exhibit 2**), yielded net receipts of $5,058.29 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $565.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,321.29 | $1,321.29 | $1,321.29 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $35,992.00 | $22,600.32 | $22,600.32 | $3,737.00 |
| **Total Disbursements** | $36,557.00 | $23,921.61 | $23,921.61 | $5,058.29 |

4). This case was originally filed under chapter 7 on 10/30/2009. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2010    By:  /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Federal Tax Refund | 1224-000 | $6,112.00 |
| Interest Earned | 1270-000 | $1.24 |
| **TOTAL GROSS RECEIPTS** | | **$6,113.24** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Tasheba L. Jackson | Exemptions | 8100-002 | $1,054.95 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,054.95** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Auto | 4110-000 | $565.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$565.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $1,255.79 | $1,255.79 | $1,255.79 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $65.50 | $65.50 | $65.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,321.29** | **$1,321.29** | **$1,321.29** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CITIFINANCIAL AUTO, LTD. | 7100-000 | NA | $289.90 | $289.90 | $47.93 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | $953.00 | $964.85 | $964.85 | $159.54 |
| 3 | Asset Acceptance LLC | 7100-000 | $469.00 | $487.79 | $487.79 | $80.66 |
| 4 | Asset Acceptance LLC | 7100-000 | $542.00 | $562.15 | $562.15 | $92.95 |
| 5 | Citibank NA as trustee for The Student Loan Corporation | 7100-000 | NA | $20,295.63 | $20,295.63 | $3,355.92 |
|  | Americash Loans | 7100-000 | $2,169.00 | NA | NA | $0.00 |
|  | Asset Acceptance | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Brinks Home Security | 7100-000 | $259.00 | NA | NA | $0.00 |
|  | Capital 1 Bank | 7100-000 | $828.00 | NA | NA | $0.00 |
|  | Citi Corp Credit Services | 7100-000 | $2,357.00 | NA | NA | $0.00 |
|  | Citi Corp Credit Services | 7100-000 | $1,330.00 | NA | NA | $0.00 |
|  | Citi Corp Credit Services | 7100-000 | $1,151.00 | NA | NA | $0.00 |
|  | Citibank N A | 7100-000 | $2,281.00 | NA | NA | $0.00 |
|  | Citibank N A | 7100-000 | $1,331.00 | NA | NA | $0.00 |
|  | Citibank N A | 7100-000 | $1,330.00 | NA | NA | $0.00 |
|  | Citibank N A | 7100-000 | $1,151.00 | NA | NA | $0.00 |
|  | Citibank N A | 7100-000 | $848.00 | NA | NA | $0.00 |
|  | Citibank Stu | 7100-000 | $6,952.00 | NA | NA | $0.00 |
|  | Citibank Stu | 7100-000 | $4,069.00 | NA | NA | $0.00 |
|  | Crd Prt Asso | 7100-000 | $153.00 | NA | NA | $0.00 |
|  | Falls Collection Svc | 7100-000 | $123.00 | NA | NA | $0.00 |
|  | Figi's Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | First Cash Advance | 7100-000 | $1,000.00 | NA | NA | $0.00 |
|  | Great American Finance | 7100-000 | $799.00 | NA | NA | $0.00 |
|  | I C System Inc | 7100-000 | $670.00 | NA | NA | $0.00 |
|  | Lane Bryant Retail/soa | 7100-000 | $345.00 | NA | NA | $0.00 |
|  | Lvnv Funding Llc | 7100-000 | $866.00 | NA | NA | $0.00 |
|  | Lvnv Funding Llc | 7100-000 | $566.00 | NA | NA | $0.00 |
|  | Monroe And | 7100-000 | $12.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Main |  |  |  |  |  |
| Riddle Assoc | 7100-000 | $82.00 | NA | NA | $0.00 |
| Stanley Weinberg & Associates | 7100-000 | $0.00 | NA | NA | $0.00 |
| Td Rcs/crossing Point | 7100-000 | $48.00 | NA | NA | $0.00 |
| WaMu | 7100-000 | $3,198.00 | NA | NA | $0.00 |
| Wfcb/blair Catalog | 7100-000 | $110.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $35,992.00 | $22,600.32 | $22,600.32 | $3,737.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 09-41343-PSH | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | JACKSON, TASHEBA L | | **Date Filed (f) or Converted (c):** | 10/30/2009 (f) |
| **For the Period Ending:** | 12/19/2010 | | **§341(a) Meeting Date:** | 12/21/2009 |
| | | | **Claims Bar Date:** | 04/16/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Checking account with Chase | $1.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2  Checking account with US Bank Debtor co-owns thi | $12.50 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3  Checking account with Bank of America | $1.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4  security deposit with landlord: $1100 no current | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5  security deposit with Gas company: $180 no curre | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6  Miscellaneous used household goods | $750.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7  Personal used clothing | $300.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8  Employer - Term Life Insurance - no cash surrend | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9  00 Pontiac Grand Prix, 100,000 miles | $3,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10  Federal Tax Refund            (u) | $0.00 | $6,112.00 | DA | $6,112.00 | FA |
| INT  Interest Earned                (u) | Unknown | Unknown | | $1.24 | FA |

**TOTALS (Excluding unknown value)**                                           **Gross Value of Remaining Assets**

                            $4,064.50                 $6,112.00                             $6,113.24             $0.00

**Major Activities affecting case closing:**
Prepare TDR

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/31/2011 |
| **Current Projected Date Of Final Report (TFR):** | 03/31/2011 |

Page No: 1
FORM 2
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD
Case 09-41343    Doc 33    Filed 12/19/10    Entered 12/19/10 02:03:33    Desc Main
Document    Page 7 of 11

| Case No. | 09-41343-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | JACKSON, TASHEBA L | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7437 | | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 10/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********4665 | 9999-000 | $5,057.12 | | $5,057.12 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.24 | | $5,057.36 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.30 | | $5,057.66 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.21 | | $5,057.87 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $5,057.87 | $0.00 |
| | | | **TOTALS:** | | $5,057.87 | $5,057.87 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $5,057.12 | $5,057.87 | |
| | | | **Subtotal** | | $0.75 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.75 | $0.00 | |

| For the period of 10/30/2009 to 12/19/2010 | | For the entire history of the account between 04/06/2010 to 12/19/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.75 | Total Compensable Receipts: | $0.75 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.75 | Total Comp/Non Comp Receipts: | $0.75 |
| Total Internal/Transfer Receipts: | $5,057.12 | Total Internal/Transfer Receipts: | $5,057.12 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,057.87 | Total Internal/Transfer Disbursements: | $5,057.87 |

Page No: 2
Case 09-41343 Doc 33 Filed 12/19/10 Entered 12/19/10 02:03:33 Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document Page 8 of 11
Exhibit 9

| Case No. | 09-41343-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | JACKSON, TASHEBA L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7437 | | Money Market Acct #: | ******4665 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 10/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/23/2010 | (10) | United States Treasury | | 1224-000 | $6,112.00 | | $6,112.00 |
| 03/26/2010 | 1001 | Tasheba L. Jackson | Portion due to Debtor from Tax Refund- No Exemptions were claimed | 8100-002 | | $1,054.95 | $5,057.05 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.04 | | $5,057.09 |
| 04/06/2010 | | Wire out to BNYM account ********4665 | Wire out to BNYM account ********4665 | 9999-000 | ($5,057.12) | | ($0.03) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.03 | | $0.00 |
| | | | TOTALS: | | $1,054.95 | $1,054.95 | $0.00 |
| | | | Less: Bank transfers/CDs | | ($5,057.12) | $0.00 | |
| | | | Subtotal | | $6,112.07 | $1,054.95 | |
| | | | Less: Payments to debtors | | $0.00 | $1,054.95 | |
| | | | Net | | $6,112.07 | $0.00 | |

| For the period of 10/30/2009 to 12/19/2010 | | For the entire history of the account between 03/23/2010 to 12/19/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,112.07 | Total Compensable Receipts: | $6,112.07 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,112.07 | Total Comp/Non Comp Receipts: | $6,112.07 |
| Total Internal/Transfer Receipts: | ($5,057.12) | Total Internal/Transfer Receipts: | ($5,057.12) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $1,054.95 | Total Non-Compensable Disbursements: | $1,054.95 |
| Total Comp/Non Comp Disbursements: | $1,054.95 | Total Comp/Non Comp Disbursements: | $1,054.95 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-41343-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | JACKSON, TASHEBA L | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******7437 | **Checking Acct #:** ******1343 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 10/30/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 12/19/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/25/2010 | | Transfer From: #******1343 | | 9999-000 | $5,058.29 | | $5,058.29 |
| 08/25/2010 | 2001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $1,255.79 | $3,802.50 |
| 08/25/2010 | 2002 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $65.50 | $3,737.00 |
| 08/25/2010 | 2003 | CITIFINANCIAL AUTO, LTD. | Claim #: 1; Amount Claimed: 289.90; Amount Allowed: 289.90; Dividend: 0.94; Distribution Dividend: 16.54; | 7100-000 | | $47.93 | $3,689.07 |
| 08/25/2010 | 2004 | CAPITAL ONE BANK (USA), N.A. | Claim #: 2; Amount Claimed: 964.85; Amount Allowed: 964.85; Dividend: 3.15; Distribution Dividend: 16.54; | 7100-000 | | $159.54 | $3,529.53 |
| 08/25/2010 | 2005 | Asset Acceptance LLC | Claim #: 3; Amount Claimed: 487.79; Amount Allowed: 487.79; Dividend: 1.59; Distribution Dividend: 16.54; | 7100-000 | | $80.66 | $3,448.87 |
| 08/25/2010 | 2006 | Asset Acceptance LLC | Claim #: 4; Amount Claimed: 562.15; Amount Allowed: 562.15; Dividend: 1.83; Distribution Dividend: 16.54; | 7100-000 | | $92.95 | $3,355.92 |
| 08/25/2010 | 2007 | Citibank NA as trustee for The Student Loan | Claim #: 5; Amount Claimed: 20,295.63; Amount Allowed: 20,295.63; Dividend: 66.34; Distribution Dividend: 16.54; | 7100-000 | | $3,355.92 | $0.00 |
| | | | **TOTALS:** | | $5,058.29 | $5,058.29 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $5,058.29 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $5,058.29 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $5,058.29 | |

**For the period of 10/30/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,058.29 |
| | |
| Total Compensable Disbursements: | $5,058.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,058.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/25/2010 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,058.29 |
| | |
| Total Compensable Disbursements: | $5,058.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,058.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-41343-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | JACKSON, TASHEBA L | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******7437 | | Money Market Acct #: | ******1343 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $5,057.87 | | $5,057.87 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.04 | | $5,057.91 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.21 | | $5,058.12 |
| 08/25/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 8/25/2010 | 1270-000 | $0.17 | | $5,058.29 |
| 08/25/2010 | | Transfer To: #******1343 | | 9999-000 | | $5,058.29 | $0.00 |
| | | | **TOTALS:** | | $5,058.29 | $5,058.29 | $0.00 |
| | | | Less: Bank transfers/CDs | | $5,057.87 | $5,058.29 | |
| | | | Subtotal | | $0.42 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.42 | $0.00 | |

**For the period of 10/30/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.42 |
| Total Internal/Transfer Receipts: | $5,057.87 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,058.29 |

**For the entire history of the account between 06/25/2010 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.42 |
| Total Internal/Transfer Receipts: | $5,057.87 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,058.29 |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-41343-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | JACKSON, TASHEBA L | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******7437 | Money Market Acct #: | ******1343 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 10/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,113.24 | $6,113.24 | $0.00 |

**For the period of 10/30/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $6,113.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,113.24 |
| Total Internal/Transfer Receipts: | $10,116.16 |
| | |
| Total Compensable Disbursements: | $5,058.29 |
| Total Non-Compensable Disbursements: | $1,054.95 |
| Total Comp/Non Comp Disbursements: | $6,113.24 |
| Total Internal/Transfer Disbursements: | $10,116.16 |

**For the entire history of the case between 10/30/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $6,113.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,113.24 |
| Total Internal/Transfer Receipts: | $10,116.16 |
| | |
| Total Compensable Disbursements: | $5,058.29 |
| Total Non-Compensable Disbursements: | $1,054.95 |
| Total Comp/Non Comp Disbursements: | $6,113.24 |
| Total Internal/Transfer Disbursements: | $10,116.16 |